UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security Prisons )
P.O. Box 1032 )
Coleman, Florida 33521-1032 )
      Plaintiff, )
vs. )
 )
BUREAU of CUSTOMS and BORDER PROTECTION )
DEPARTMENT of HOMELAND SECURITY, et al., )
      Defendant(s) )

Case: 1:07-cv-00475
Assigned To : Kennedy, Henry H.
Assign. Date : 03/14/2007
Description: TRUPEI v. BOC AND BORDER PROTECTION

## "FOIA" COMPLAINT for DECLARATORY and INJUNCTIVE RELIEF, VERIFIED

COMES NOW the undersigned Plaintiff Michael Trupei ("Plaintiff") appearing pro se, and hereby complaining under Freedom of Information Act ("FOIA"), Title 5 U.S.C. § 552, as amended, against the BUREAU of CUSTOMS and BORDER PROTECTION DEPARTMENT of HOMELAND SECURITY ("USCS") and/or ("DHS"), et al., ("Defendant(s)") for violating the terms of specific performance to Plaintiff's FOIA request for records/documents requested thereunder, and alleges as follows:

Plaintiff, an inexperienced layperson seeks liberal interpretation of this/his complaint and invokes Haines v. Kerner, 404 U.S. 519, 30 L.Ed 2d 652, 92 S.Ct 594 (1972)(pro se, litigants are to be held to a lesser standard than lawyers).

**Jurisdiction:**
**(1)** Plaintiff has constructively exhausted his administrative remedies, and this Honorable Court (Court) has jurisdiction over this action under 5 U.S.C. § 552(a)(6)(C)(i) and 28 U.S.C. § 1331 (Federal Question Jurisdiction over lawsuits brought forth to enforce the FOIA statutes).

**Venue:**
**(2)** Venue is proper in this Court under Title 28 U.S.C. § 1391(b) because jurisdiction is not founded solely upon diversity of citizenship, and Defendants reside or are located in this district or elsewhere.

RECEIVED
FEB 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security Prisons )
P.O. Box 1032 )
Coleman, Florida 33521-1032 )
)
    Plaintiff, )
) Civil Action No.: _____
vs. )
)
BUREAU of CUSTOMS and BORDER PROTECTION ) _____
DEPARTMENT of HOMELAND SECURITY, et al., )
    Defendant(s) )

"FOIA" COMPLAINT for DECLARATORY
and INJUNCTIVE RELIEF, **VERIFIED**

COMES NOW the undersigned Plaintiff Michael Trupei ("Plaintiff") appearing pro se, and hereby complaining under Freedom of Information Act ("FOIA"), Title 5 U.S.C. § 552, as amended, against the BUREAU of CUSTOMS and BORDER PROTECTION DEPARTMENT of HOMELAND SECURITY ("USCS") and/or ("DHS"), et al., ("Defendant(s)") for violating the terms of specific performance to Plaintiff's FOIA request for records/documents requested thereunder, and alleges as follows:

Plaintiff, an inexperienced layperson seeks liberal interpretation of this/his complaint and invokes Haines v. Kerner, 404 U.S. 519, 30 L.Ed 2d 652, 92 S.Ct 594 (1972)(pro se, litigants are to be held to a lesser standard than lawyers).

**Jurisdiction:**
(1) Plaintiff has constructively exhausted his administrative remedies, and this Honorable Court (Court) has jurisdiction over this action under 5 U.S.C. § 552(a)(6)(C)(i) and 28 U.S.C. § 1331 (Federal Question Jurisdiction over lawsuits brought forth to enforce the FOIA statutes).

**Venue:**
(2) Venue is proper in this Court under Title 28 U.S.C. § 1391(b) because jurisdiction is not founded solely upon diversity of citizenship, and Defendants reside or are located in this district or elsewhere.

**Parties to this action:**

(3) The Plaintiff is a federal prisoner at FCC-Coleman Medium Security Prison, Coleman, Florida. He is particularly concerned about the Defendant(s)' non-response to Plaintiff's FOIA request of February 17th, 2005. (See exhibit-1, attached hereto).

(4) The Defendant(s) is/are at all material times hereto being a part of the Federal Corporation, ens legis, as chartered on February 21st, 1871[1] or otherwise found under statutory provisions of 28 U.S.C. § 3002(15)(A)(B) and (C) and existing in District of Columbia and elsewhere. Whereby they failed to honor or otherwise respond to Plaintiff's requested records/documents under FOIA provisions. John A. Milne is the Chief of Operation of FOIA/Customer Satisfaction Unit, Office of Field Operation, Bureau of Customs and Border protection Department of Homeland Security, Room 5.5C, 1300 Pennsylvania Avenue, N.W., Washington, D.C. 20229. (See exhibit-1, attached).

**Statutory Framework and Facts Giving Rise to Plaintiff's Claims for Relief**

Title 5 U.S.C. § 552(a)(6)(A)(i), as amended, states:

(i) Determine within 20 days (excepting Saturdays, Sundays and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such persons to appeal to the head of the agency any adverse determination.

## FACTS

(5) By letter-request via U.S. Mail, first class, on February 16th, 2005 upon John A. Milne, FOIA/Customer Satisfaction Unit, Office of Field Operations, Bureau of Customs and Border Protection, Department of Homeland Security, Room 5.5C, 1300 Pennsylvania Avenue, N.W., Washington, D.C. 20229. Plaintiff requested any and all investigative records/documents pertaining to U.S. v. Klaus E. Buehler, Case No.: 3:02-cv-13-J-12TEM. (See exhibit-1, attached hereto).

---

[1] The Legislative Act of February 21st, 1871, Congressional Record, Forty First Congress, Session III, Chapter 62, p., 419, a chartered federal company entitled "UNITED STATES," i.e., "UNITED STATES [1871]," a/k/a "U.S. Inc."

(6) Defendant(s) USCS and/or DHS failed to acknowledge the receipt of Plaintiff's FOIA request of February 16th, and filed the following day on 17th, 2005, thereby violating the statutory 20 working days response provision under 5 U.S.C. § 552(a)(6)(A)(i), as amended. This Court is respectfully referred to <u>exhibit-1</u>, attached hereto, for true and correct statement of its contents.

## CAUSES of ACTION

**First Cause of Action**

<u>Violation of due process</u>:

(7) The Plaintiff realleges all of the allegations contained in paragraphs (1) through (6) above, as if fully set forth herein.

(8) From on or about February 16th, 2005, to the present date, Defendant(s), particularly USCS and DHS had failed to respond to the Plaintiff's request for records/documents under FOIA , subject to the investigation of <u>U.S. v. Klaus E. Buehler</u>, Case No.: 3:02-cv-13-J-12TEM (M.D. Florida) as that non-response constitute a violation of 5 U.S.C. § 552(a)(6)(A)(i), as amended, all in violation of the <u>administrative due process</u> or otherwise.

**Second Cause of Action**

<u>Dereliction of Duty</u>:

(9) The Plaintiff realleges all of the allegations contained in paragraphs (1) through (6) above, as if fully set out herein.

(10) That from on or about February 16th, 2005, to the present time, Defendant(s) USCS and/or DHS have by virtue of its/their agent(s), contract/employee(s), and/or staff, intentionally and/or willfully failed to respond to Plaintiff's FOIA request for all investigative records/documents, pertaining to <u>U.S. v. Klaus E. Buehler</u>, Case No.: 3:02-cv-13-J-12TEM (M.D. Florida). As such, Defendant(s) are injuring Plaintiff by and through its/their stay, delay, obstruction and non-response to Plaintiff's FOIA request for same, and that injury is continuing to injure Plaintiff

by further staying, delaying, obstructing and non-responding to Plaintiff's FOIA request for the records/documents, which is consistent with <u>dereliction</u> of <u>duty</u> to honor the Congressional intent thereunder.

### Third Cause of Action

<u>Fraud and Deceit</u>:

(11) The Plaintiff realleges all of the allegations contained in paragraphs (1) through (6) above inclusive.

(12) That the Defendant(s) by way of its/their agent(s), contract/employee(s), and/or staff, had knowingly and willfully failed to answer Plaintiff's FOIA request dated February 16th and filed one day after on 17th, 2005, for all investigative records/documents pertaining to <u>U.S. v. Klaus E. Buehler</u>, Case no.: 3:02-cv-13-J-12TEM, which is consistent under <u>U.S. v. Tweel</u>, 550 F.2d 297 (1977) where that court held that: "silence is equated with fraud." <u>Id</u>. Under the facts herein already established, however, not only the Defendant(s) prejudiced the Plaintiff, but their ongoing non-response constitutes <u>fraud</u> and <u>deceit</u> which causes Plaintiff injury and further harm.

### Fourth Claim for Reilef

<u>Breach of Contract</u>:

(13) The Plaintiff realleges all of the allegations contained in paragraphs (1) through (6) hereinabove, as fully inclusive.

(14) That the Defendant(s) by and through their agent(s), contract/employee(s), and/or staff, had in all material times hereto, wilfully and knowingly with malice aforethought breached the contract with Plaintiff by way of their intentional non-response to the Plaintiff's FOIA request of February 16th and as filed the next day on 17th, 2005, wherein Plaintiff requested the disclosure of the entire investigative records/documents, pertaining to <u>U.S. v. Klaus E. Buehler</u>, Case No.: 3:02-cv-13-J-12TEM (M.D. Florida), By failing to respond, Defendant(s) is/are violating the contractual agreement between it/them and Plaintiff, causing him injury and irreparable harm, and that harm is continuing to injure and harm Plaintiff, all because of the

Defendant(s)' non-response and/or non-production of the requested investigatory records/documents, sought under FOIA statutes, which is a substantive claim against Defendant(s), and therefore, Plaintiff has been damaged. And the damages require a commercial price to pay.

## PRAYERS for RELIEF

The Plaintiff has brought forth this/his claims for relief and prays that this Honorable Court enter and order as follows:

**(a)** Ordering Defendant(s) to produce the requested "investigative" records/documents that Plaintiff sought and is still seeking them; and

**(b)** declaring the Defendant(s)' refusal to answer the Plaintiff's FOIA request for the investigative records/documents pursuant to the U.S. v. Klaus E. Buehler, Case No.: 3:02-cv-13-J-12TEM is constitutionally under First Amendment and Statutorily under 5 U.S.C. § 552(a)(6)(A)(i), as amended, unlawful and/or illegal; and

**(c)** issue an injunctive order, both mandatory and prohibitory, restraining Defendant(s) from retaliating[2] or threatening against Plaintiff for exercising this/his complaint upon agent(s), attorney(s) and person(s) acting in concert with one another from any and all future act(s), which directly or indirectly violates or may tend to violate the civil, Constitutional, statutory or otherwise universal right of Plaintiff; and

**(d)** because of this non-compliances or otherwise violations of Congressionally enacted FOIA's response provisions, the Defendants are injuring Plaintiff and said injury will continue to injure him by ongoing non-production of the record(s) or alternatively non-responses to his request for same, as well as litigating this cause, entitles the Plaintiff to monetary damages with interest in the amount of $ 250,000.00 (two-hundred fifty thousand, United States Dollars of lawful money); and

**(e)** award Plaintiff the costs of this action, including but not limited to a reasonable and necessary expenses of litigating this action, as provided by law of commerce, together with post judgment interests; and

---
[2] See generally Cisneros v. Nix, 884 FS 1313 at 1339 (prison officials could not retaliate against an inmate for the exercise of a constitutional right), citing Scher v. Engelke, 943 F.2d 921 (8th Cir.1991), cert. denied, 503 U.S. 952, 112 S.Ct. 1516, 117 L.Ed 2d 652 (1992)

   (f) Plaintiff also reserves his right to amend this/his Complaint as needed; and for such other and further relief as this Honorable Court deem just, equitable, and proper.

                                         Respectfully submitted,

                                         /s/ Michael Trupei
                                         Michael Trupei, pro se


## CERTIFICATE of SERVICE

   I, Michael Trupei hereby certify, that this/my Complaint has been forwarded via U.S. Mail, first class and certified return receipt requested upon the Defendant(s), to wit:

John A. Milne
FOIA/Customer Satisfaction Unit
Office of Field Operations
Bureau of Customs and Border Protection
Department of Homeland Security
Room 5.5C
1300 Pennsylvania Avenue, N.W.,
Washington, D.C. 20229

                                         /s/ Michael Trupei
                                         Michael Trupei, pro se

## AFFIRMATION

   Under 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby affirm under penalty of perjury that this/my "FOIA-Complaint" has been on February 13th, 2007, served upon above Defendant(s) by and through hand-deliverance upon the institutional "R&D" at FCC-Coleman Medium Security Prison under the premises of Houston v. Lack (mail-box rule) for the purposes to be forwarded via U.S. Mail, first class, return receipt requested, and it is to the best of my knowledge true, correct, certain, and complete.

   Done on this 13th day of February, 2007     By: /s/ Michael Trupei
                                                   Michael Trupei, pro se

RESPONDENT:

John A. Milne
FOIA/Customer Satisfaction Unit
Office of Field Operations
Bureau of Customs and Border Protection
Department of Homeland Security
Room 5.5C
1300 Pennsylvania Avenue, N.W.,
Washington, D.C. 20229

REQUESTER:

Michael Trupei pro se
R12743-004
Federal Correctional Complex
Low Security Prisons, C-3-Unit
P.O. Box 1031
Coleman, Florida 33521-1031

Re: All Information Pertaining to
U.S. v. Klaus E. Buehler,
Case No.: 3:02-cv-13-J-12TEM

February 16th, 2005

"FOIA" REQUEST FOR RECORDS,
INFORMATION "VERIFIED"

Good Morning Disclosure Officer:

Under the provisions of Freedom of Information Act (FOIA), Title 5 U.S.C. § 552, as amended, and Privacy Act of 1974 (PA), Title 5 U.S.C. § 552a, as amended, the undersigned Michael Trupei (Requester) who hereby requests and/or is so authorized by and through Klaus Ernst Buehler (See Exhibit-A, attached hereto) that Respondent's system of records, namely computers, data banks, files, documents, agents' notes, dossiers, tapes, and any other relevant recordings, transcripts, reports, statements, memos, in fact all investigative records, such as chronological entries compiled during the investigation in the case set fort above, especially the meeting(s) between Klaus Ernst Buehler and the "Rolls Royce's" Corporation Officials and U.S. Customs Agent(s), which were taken on or about August 17th, 2000 and thereafter on or about January 10th, 2001, in Duval and Nassau Counties in the Middle District of Florida, and elsewhere, which are subject to disclosure and shall be produced in their entirety.

In the event that any of the requested information, or any part of it, is deemed exempt from disclosure, please advise Requester with specificity and particularity the reasons thereof including the specific exemption which you base your claim to with the information and itemization with index which would correlate specific statements in such justification with actual portions of requested documents. See, Vaughn v. Rosen, 484 F.2d 820, 836-38 (D.C.Cir.1974). Additionally, if any materials is deemed exempt for disclosure please provide "reasonable portions" of the same after deletions are made and justification and itemization for the same are correlated and disclosed.

In the event that a denial should be made, and Requester wishes to exercise his right to an appeal. Please list the departments, agencies, and supervisors, directors, and/or individual employee's name who have actually handled this request. Also, please list titles of all personnel, their addresses and telephone numbers (including their FTS numbers), of all parties with any information and please mail the Requester a copy of all the rules and regulations governing Respondent's agency or otherwise the component's (U.S. Customs) thereof, their operation, responsibilities, and other criteria in order that the Requester may comply with same in requesting the information as set forth hereinabove.

This is an ongoing request for all records/information in Respondent's files, referencing U.S. v. Klaus E. Buehler, 3:02-cv-13-J-12TEM, and it pertains to even those documents/records which posdate this request and which are being prepared during or prior to its processing.

EXHIBIT-1

Should you fail to respond to this request within the statutory response provision of twenty (20) working days from this date, 5 U.S.C. § 552(a)(6)(A)(i), as amended, Requester will deem this/his request denied and will take appropriate action(s) allowable by law.

Insamuch, as the requested information is in the "public interest" the Requester hereby declares himself to be indigent, and thus he urges Respondent to "WAIVE ALL FEES, COSTS, and/or CHARGES."

Finally, the Requester respectfully requests that Respondent inform him in detail, if and when (date), and what information has been disclosed, to whom, and please be exact and specific.

ALL FOIA/PA AMENDMENTS IN FORCE APPLY TO THIS REQUEST.

Your effort and assistance to this matter is hereby, both, imperative and genuinely appreciated!

NOTICE TO AGENT IS NOTICE TO PRINCIPAL,
NOTICE TO PRINCIPAL IS NOTICE TO AGENT!

Yours sincerely,

Michael Trupei pro se
R12743-004
Federal Correctional Complex
Low Security Prisons, C-3-Unit
P.O. Box 1031
Coleman, Florida 33521-1031

## DECLARATION/AFFIRMATION

Pursuant to 28 U.S.C. § 1746 I, Michael Trupei, the undersigned, do hereby declare or affirm under penalty of perjury that the above "FOIA" request for records/information is to the best of my knowledge and belief, true and correct.

Done on: February 17th, 2005    Signed: _____
                                         Michael Trupei pro se

# POWER OF ATTORNEY

I, KLAUS ERNST BUEHLER do hereby declare, or affirm, under penalty of perjury that MICHAEL TRUPEI, an inmate at FCC Coleman-Low Security Prison, Register Number 12743-004 be and hereby is **"AUTHORIZED"** by and through my consent that he shall litigate, or assist directly or indirectly or otherwise in the United States District Court for the Middle District of Florida and/or any other judicial districts and/or appealate jurisdictions, or both, of the United States, including the United States Supreme Court and/or any State Court's jurisdiction, in which my interest lies, any kind of legal proceedings, civil or criminal, in connection to my ongoing case, namely <u>United States v. Buehler</u>, Case No.: 3:02-cr-13-J-12TEM. In addition to the aforesaid case, he is also empowered to any and all administrative claims, litigations and/or requests for documents/information, inclusive all of my medical records under Title 5 U.S.C. § 552 and 552a, <u>et seq.</u>; Tort Claims (FTCA) Actions under Title 28 U.S.C. § 2671, <u>et seq.</u>; <u>Fed.R.Civ.P.</u>, <u>et seq.</u>, and/or <u>Fed.R.Cri.P.</u>, <u>et seq.</u>, in connection to same.

FEDERAL REPUBLIC OF GERMANY
LAND NORDRHEIN-WESTFALEN
CITY OF DÜSSELDORF
CONSULATE OF THE UNITED STATES OF AMERICA

Klaus Ernst Buehler

Sworn to and subscribed before me on this 18th day of

June, 2004

NOTARY PUBLIC Marion H. Ram                My Commission Expires: n/a
Vice Consul
American Consulate General
Düsseldorf, Germany

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-475
HHK

## I (a) PLAINTIFFS

Michael Trupei

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#12743-004

## DEFENDANTS

Bureau of Customs + Border Protection

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-00475
Assigned To : Kennedy, Henry H.
Assign. Date : 03/14/2007
Description: TRUPEI v. BOC AND BORDER PROTECTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP (FOR DIVERSITY CASES ONLY)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☒ YES  ☐ NO   If yes, please complete related case form.

DATE              SIGNATURE OF ATTORNEY OF RECORD
                  NCB

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.