UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 4 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security Prisons )
P.O. Box 1032 )
Coleman, Florida 33521-1032 )
)
       Plaintiff, )
)
vs. )
)
BUREAU of CUSTOMS and BORDER PROTECTION )
DEPARTMENT of HOMELAND SECURITY, et al., )
)
       Defendant(s). )

Case: 1:07-cv-00475
Assigned To : Kennedy, Henry H.
Assign. Date : 03/14/2007
Description: TRUPEI v. BOC AND BORDER PROTECTION

## MOTION to PROCEED in FORMA PAUPERIS
## UNDER 28 U.S.C. § 1915(b)(1), VERIFIED

COMES NOW the Plaintiff the Michael Trupei ("Plaintiff"), appearing pro se, and hereby respectfully moves this Honorable Court for an Order, allowing him to proceed in forma pauperis status under Title 28 U.S.C. § 1915(b)(1).

Plaintiff is incarcerated and does not have the means to pay the required filing and docketing fees. The issue(s), however, set out in Plaintiff's attached FOIA Complaint is/are substantial and in public interest. For the foregoing reasons, this/his motion is appropriate and not frivolous, and the Plaintiff is entitled to redress.

WHEREFORE, the Plaintiff prays that this Court grants him to proceed in forma pauperis status on the basis as stated hereinabove, and for such other and further relief as this Honorable Court deem just, equitable, and proper.

                               Respectfully submitted,

                               _/s/ Michael Trupei_
                               Michael Trupei, pro se

### VERIFICATION

Pursuant to 28 U.S.C. § 1746 of the United States Code I, Michael Trupei do hereby verify under penalty of perjury that this/my motion is to the best of my knowledge true, correct, certain, and complete.

Done on this 12th, day of February, 2007    By: _/s/ Michael Trupei_
                                                       Michael Trupei, pro se

RECEIVED
FEB 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Trupei, pro se )
R12743-004 )
FCC-Coleman Medium Security Prisons )
P.O. Box 1032 )
Coleman, Florida 33521-1032, )
        Plaintiff, )
                         ) Civil Action No.: _____
vs. )
                         ) _____
BUREAU of CUSTOMS and BORDER PROTECTION )
DEPARTMENT of HOMELAND SECURITY, et al., )
        Defendant(s). )

## APPLICATION to PROCEED IN **FORMA PAUPERIS** WITH SUPPORTING INFORMATION AND ORDER

  I, Michael Trupei ("Plaintiff"), appearing specially and not generally and in good faith, hereby declare that I am Plaintiff in the above captioned cause as follows: that in support of my motion to proceed without being required to prepay, fees, costs, or give security therefor; I stated that because of my poverty, I am unable to pay the costs of filing and docketing fees or give security therefor; that I believe I am entitled to relief, as the nature of my action is FOIA complaint against the defaulting Defendant(s) at the Government's expense.

  In further support of this application, I answer as follows:

**Facts:**
1) I am incarcerated at the Federal Correctional Complex in Coleman, Florida;
2) My last day of employment was June 7th, 1989 and my income per month was $ 2500.00;
3) I have not received any monies within the past six months from any business, profession or other form of self employment;
4) I have not received within the past six months any rent payment, interests or dividents;
5) I have not received within the past six months any pension, annuities or life insurance payments;

6) I have not received within the past six months any inheritance;

7) I received within the past six months

8) I do not own real estate, stocks, bonds, notes, automobile or other valuable property;

9) I do not own any cash or have money in checking or saving account;

10) I have no person who are dependent upon my support.

I hereby verify under penalty of perjury that the foregoing is true and correct.

Done on this 9th, day of February, 2007    By: _____
                                                Michael Trupei, pro se
                                                R12743-004
                                                FCC-Coleman Medium Security
                                                P.O. Box 1032
                                                Coleman, FL 33521-1032

---

## CERTIFICATE
(Prisoner's Account Only)

I certify that the applicant herein has the sum of $ _12.50_

_FCC Coleman, FL_____ on account to his credit at the

institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_None._

_____ cc
Authorized Officer of Institution

### ORDER of COURT

The application is hereby denied                The application is hereby granted. Let the applicant proceed without prepayment of costs or fees of the necessity of giving security therefor.

_____  _____    _____  _____
United States Magistrate   Date      United States Magistrate   Date