UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRUPEI, <u>pro</u> <u>se</u> ) <br> R12743-004 ) <br> FCC-Coleman Medium Security Prisons ) <br> P.O. Box 1032 ) <br> Coleman, Florida  33521-1032 ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CUSTOMS & ) <br>  BORDER PROTECTION, ) <br> 1300 Pennsylvania Avenue, NW ) <br> Washington, D.C.  20229 ) <br> ) <br>   and ) <br> ) <br> PHILLIP J. PERRY, ) <br> General Counsel ) <br> Office of the General Counsel ) <br> U.S. Department of Homeland Security ) <br> Washington, D.C.  20528 ) <br> ) <br>     Defendants. ) <br> _____) | Civil Action No.  07-0475 (HHK) |

### NOTICE OF APPEARANCE

 Defendant requests that the Clerk of the Court please enter the appearance of Assistant

United States Attorney Marian L. Borum as counsel for defendant's in the above-captioned case.

            Respectfully submitted,

            _____/s/_____
            MARIAN L. BORUM
            Assistant United States Attorney
            Judiciary Center Building/ Civil Division
            555 4th St., N.W., Room E4810
            Washington, D.C.  20530

<u>CERTIFICATE OF SERVICE</u>

 I certify that the foregoing Notice of Appearance was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MICHAEL TRUPEI, <u>pro</u> <u>se</u>
> #12743-004
> FCC - Coleman Medium Security Prisons
> P.O. Box 1032
> Coleman, Florida   33521-1032

on this __19th__ day of April, 2007.

              ___/s/___
              MARIAN L. BORUM
              Assistant United States Attorney
              Judiciary Center Building - Civil Division
              555 4th Street, NW
              Washington, D.C. 20530