UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MICHAEL TRUPEI,                     )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )  Civil Action No. 07-0475 (PLF)
                                    )
BUREAU OF CUSTOMS AND               )
BORDER PROTECTION,                  )
                                    )
         Defendant.                 )
_____ )


ORDER

This matter is before the Court on plaintiff's motion to stay the proceedings until he is better situated to address defendant's dispositive motion. The Court accepts as true plaintiff's representations that he has been unable to file a timely response because of prison transfers and other matters beyond his control. These circumstances, however, do not warrant an indefinite stay of the proceedings. Instead, the Court will enlarge the time for plaintiff to file his response. Accordingly, it is

ORDERED that plaintiff's motion to stay the proceedings [Dkt. No. 10] is DENIED; and it is

FURTHER ORDERED, sua sponte, that the time for plaintiff to file his response to defendant's motion to dismiss or for summary judgment is ENLARGED. Plaintiff shall file his response no later than **August 27, 2007** or, as previously advised, risk dismissal of the case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 3, 2007