UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL TRUPEI, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Civil Action No. 07-0475 (PLF) |
| ) |  |
| BUREAU OF CUSTOMS AND ) |  |
| BORDER PROTECTION, ) |  |
| ) |  |
| Defendant. ) |  |

ORDER

This matter is before the Court on plaintiff's motion to enlarge the time by 60 days to file a sur-reply and his objection to Assistant United States Attorney Marian L Borum's entry of appearance without a letter of appointment.[1]  Plaintiff's objection to defense counsel's appearance is wholly baseless and therefore is overruled.  As for the motion, plaintiff has not indicated what he needs to address in a sur-reply that he has not already addressed in his opposition to defendant's pending dispositive motion.  See Lewis v. Rumsfeld, 154 F. Supp.2d 56, 61 (D.D.C. 2001) ("The standard for granting [] leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.").  Accordingly, it is

ORDERED that plaintiff's motion to enlarge the time to file a sur-reply [Dkt. No. 14] is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 23, 2008

---

[1]  Although plaintiff also objects to the appearances of United States Attorney Jeffrey A. Taylor and Assistant United States Attorney Rudolph Contreras, only AUSA Borum has entered an appearance in this case.