UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL TRUPEI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0475 (PLF) |
| BUREAU OF CUSTOMS AND BORDER PROTECTION, | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. No. 7] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 29, 2008